Decided September 18, 1996

## LINDA LABENSKI *v.* LOUIS GOLDBERG, COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 866 (AC 14548), is denied.

*Lawrence Berliner,* in support of the petition.

*Alan Ponanski,* assistant attorney general, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* ROBERT KORHN

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 874 (AC 14345), is denied.

*Albert E. Goring,* in support of the petition.

*Michele C. Lukban,* deputy assistant state's attorney, in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 903 (AC 14739), is denied.